IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN WANDLE,<br><br>Defendant. | CR 11–03–BU–DWM–02<br><br>ORDER |

Defendant Steven Wandle's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 68.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is not satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 68) is DENIED.

Dated this 3rd day of May, 2017.

Donald W. Molloy, District Judge
United States District Court